UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS GORDIANO VERGARA, | 1:08-cv-00609 LJO-DLB (PC) |
| Plaintiff, | ORDER TO SUBMIT NEW APPLICATION TO PROCEED IN FORMA PAUPERIS **OR** PAY FILING FEE WITHIN 45 DAYS |
| v. | |
| D. DALTRAY, et al., | |
| Defendants. | |

Plaintiff is a federal prisoner proceeding pro se, has filed a civil rights action pursuant to Bivens vs. Six Unknown Agents, 403 U.S. 388 (1971), together with an application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. However, plaintiff's application to proceed in forma pauperis was deficient in that it was not submitted in the appropriate form.

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk's Office shall send to plaintiff the form for application to proceed in forma pauperis.

2. Within forty-five (45) days of the date of service of this order, plaintiff shall submit the attached application to proceed in forma pauperis, completed and signed, or in the alternative, pay the $350.00 filing fee for this action. Failure to comply with this order will result in a recommendation that this action be dismissed.

1 | IT IS SO ORDERED.

2 |     **Dated:   May 8, 2008**　　　　　　　　　　/s/ **Dennis L. Beck**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE