# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS GORDIANO VERGARA, | CASE NO. 1:08-cv-00609-LJO-DLB PC |
| Plaintiff, | ORDER DISREGARDING MOTION |
| v. | (Doc. 22) |
| D. DATRAY, et al., | |
| Defendants. | |

Plaintiff has filed a motion requesting leave to conduct discovery. (Doc. 22.) By order issued July 28, 2009, the Court opened the discovery phase of this litigation. The order further set March 28, 2010 as the deadline for the completion of all discovery. Plaintiff's motion is disregarded as unnecessary.

Finally, Plaintiff may obtain a copy of the Local Rules for this Court by submitting a request addressed to the Clerk's Office, along with a self-addressed envelope and $5.05 postage.

IT IS SO ORDERED.

Dated:   **September 8, 2009**            **/s/ Dennis L. Beck**
                                            UNITED STATES MAGISTRATE JUDGE

1