1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

LUIS GORDIANO VERGARA,

                Plaintiff,

    v.

D. DATRAY, et al.,

              Defendants.

_____/

CASE NO. 1:08-CV-00609-LJO-DLB PC

ORDER REQUIRING PLAINTIFF TO FILE
RESPONSE TO DEFENDANTS' MOTION
FOR SUMMARY JUDGMENT

(DOC. 29)

RESPONSE DUE WITHIN 21 DAYS

       Plaintiff Luis Gordiano Vergara ("Plaintiff") is a federal prisoner proceeding pro se and
in forma pauperis in this action pursuant to *Bivens v. Six Unknown Named Agents of Fed. Bureau
of Narcotics*, 403 U.S. 388 (1971).  This action is proceeding against Defendants Datray, Cobb,
Cole, and Orozco.  On June 7, 2010, Defendants filed a motion for summary judgment.  Doc. 29.
As of the date of this order, Plaintiff has not filed an opposition or otherwise responded to
Defendants' motion.

       Accordingly, it is HEREBY ORDERED that Plaintiff is to file an opposition or other
response to Defendants' motion within **twenty-one (21) days** from the date of service of this
order.  Failure to comply with this order in a timely manner will result in Plaintiff waiving any
opportunity to file an opposition, and may result in dismissal of this action for failure to obey a
court order.  No extensions of time will be granted without good cause.

    IT IS SO ORDERED.

  Dated:   __December 8, 2010___      _____/s/ **Dennis L. Beck**_____
                                  UNITED STATES MAGISTRATE JUDGE