# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS GIORDIANO VERGARA, | CASE NO. 1:08-CV-00609-LJO-DLB PC |
| Plaintiff, | ORDER GRANTING PLAINTIFF EXTENSION OF TIME TO FILE OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT |
| v. | |
| D. DATRAY, et al., | (DOC. 32) |
| Defendants. | OPPOSITION DUE WITHIN TWENTY-ONE (21) DAYS |

Plaintiff Luis Giordiano Vergara ("Plaintiff") is a federal prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 388 (1971).  Defendants filed a motion for summary judgment on June 7, 2010.  Doc. 29.  On December 8, 2010, the Court issued an order requiring Plaintiff to file an opposition.  On January 3, 2011, Plaintiff filed a notice of change of address with the Court.  In addition to providing notice of his new address, Plaintiff contends that he is currently in the security housing unit and is unable to litigate his action.  Plaintiff requests an extension of time.

Plaintiff has had over six months in which to file his opposition, and has not done so.  The Court will grant Plaintiff a final twenty-one day extension of time to file his opposition.  No further extension of time will be granted.  Accordingly, it is HEREBY ORDERED that Plaintiff is GRANTED twenty-one (21) days from the date of service of this order in which to file his opposition.  Failure to file a timely opposition will be construed as a waiver of opposition.

IT IS SO ORDERED.

Dated: **January 14, 2011**          **/s/ Dennis L. Beck**
UNITED STATES MAGISTRATE JUDGE

1